IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00074-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSHUA FERRIS,

    Defendant.

## ORDER

This matter is before the Court on defendant's Motions to Restrict Access [Docket Nos. 50 and 52]. No objections have been filed under D.C.COLO.LCrR 47.1. Good cause appearing, it is

**ORDERED** that the Motions to Restrict Access [Docket Nos. 50 and 52] are granted. It is further

**ORDERED** that Docket Nos. 44, 47, 48, 51, and 53 shall be restricted under Level Two Restriction until further order of this Court.

DATED April 14, 2014.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge